1
2
3
4   
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   Case No.:
12                   Plaintiff,    )
                                   )   ORDER OF DETENTION AFTER
13         vs.                     )   HEARING
                                   )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14  Cotton, Byron Sinclair         )      § 3143(a)]
                                   )
15                   Defendant.    )
16
17       The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the _____ CD  CA _____,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   (X) The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on _backgrnd, cmty ties unknown_
27  _due to failure to interview; bail resources unknown._
28  _nature of allegations which evidence a lack of_

1   amenability to supervision; conduct in absconding
2   from supervision; substance abuse history
3   and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on   recent arrest for id theft;
8      extensive criminal history record; substance
9      abuse history

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  12/27/11

                                    ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE